UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

    Plaintiff,

v.

LIVEFREE EMERGENCY RESPONSE, INC.,

    Defendant.
_____/

Case No. 2:23-cv-11303

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated September 7, 2023, default judgment is **ENTERED** in favor of Plaintiff in the amount of **$6,750**.

                KINIKIA ESSIX
                CLERK OF THE COURT

                BY: s/ R. Loury

Dated: September 7, 2023

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 7, 2023, by electronic and/or ordinary mail.

                s/ R. Loury
                Case Manager

1